870 F.2d 651
 Kem-Solv, Inc., Lippy (J. Edmund, Jr.), Milne (John),
Mahoney (Jerry), Miller (Lawrence A.), Piotrowski
(Stanley), Bennetts (Walter), Olson
(Donovan L., P.E.)
v.
Deep Run Design, Deep Run Design, Inc., D.H. Blair & Co.,
Inc., Energy Solutions, X-Oil Energy Resources, Inc., Davis
(J. Morton), Miller (Harvey), Love (William, Jr.), Hall
(Earl), Steinbreight (Marilyn), Alpern (Alan), Bingaman
(John Q.), Waters (Thomas E., Jr.)
 NO. 88-1746
 United States Court of Appeals,
Third Circuit.
 FEB 08, 1989
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.